Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 4:12-cv-05784-SBA |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| v. | |
| ALDO LOPEZ, | |
| Defendant. | |

TO THE HONORABLE SAUNDRA BROWN ARMSTRONG, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Wednesday, February 13, 2013 at 3:15 PM. As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Aldo Lopez, individually and d/b/a Taqueria Aguililla. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

1        **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

2    Management Conference, presently scheduled for Wednesday, February 13, 2013 at 3:15 PM.

3

4

5                                                        Respectfully submitted,

6

7

8

9    Dated: January 29, 2013                    */s/ Thomas P. Riley*
                                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                               By: Thomas P. Riley
                                                 Attorneys for Plaintiff
11                                               J & J Sports Productions, Inc.

12

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27

28                                   **ORDER** (~~Proposed~~)

---

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 4:12-cv-05784-SBA**

It is hereby ordered that the Case Management Conference in civil action number 4:12-cv-05784-SBA styled *J & J Sports Productions, Inc. v. Aldo Lopez,* is hereby continued from 3:15 PM, Wednesday, February 13, 2013 to **March 28, 2013 at 2:30 p.m.**

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

**IT IS SO ORDERED**:

*Saundra B Armstrong*                           Dated:  1-29-13

**THE HONORABLE SAUNDRA BROWN ARMSTRONG**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///

1   ///

2   ///

3   ///

4

5   <u>**PROOF OF SERVICE (SERVICE BY MAIL)**</u>

6   I declare that:

7

8   I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

9   and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

10  California.  I am readily familiar with this law firm's practice for collection and processing of

11  correspondence/documents for mail in the ordinary course of business.

12

13  On January 29, 2013, I served:

14

15  **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

16  On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

17  prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

18

19  Aldo Lopez (Defendant)
    36601 Newark Boulevard, #81
20  Newark, CA 94560

21

22  I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing

23  is true and correct, and that this declaration was executed on January 29, 2013, at South Pasadena,

24  California.

25

26

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 4:12-cv-05784-SBA**

1

2

3    Dated:  January 29, 2013                    /s/ Maria Baird
                                                 **MARIA BAIRD**
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28