UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALDO LOPEZ,<br><br>    Defendant. | Case No.  12-cv-05784-SBA   (JCS)<br><br>**ORDER FOR BRIEF FROM PLAINTIFF.** |

    This case has been referred to the undersigned Magistrate Judge to prepare findings and recommendations as to whether Plaintiff properly served Defendant such that default should be entered against him under Federal Rule of Civil Procedure 55(a).  Plaintiff is hereby ordered to file a brief on this matter, not to exceed ten (10) pages, by Friday, May 3, 2013, at 12:00p.m.

    IT IS SO ORDERED.

Dated: May 1, 2013

                                                                             _____
                                                                             JOSEPH C. SPERO
                                                                             United States Magistrate Judge