1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  J & J SPORTS PRODUCTIONS, INC.,            Case No.  12-cv-05784-SBA   (JCS)
            Plaintiff,
8
9       v.                                    **ORDER FOR BRIEF FROM PLAINTIFF.**
10 ALDO LOPEZ,
            Defendant.
11
12
13      This case has been referred to the undersigned Magistrate Judge to prepare findings and
14 recommendations as to whether Plaintiff properly served Defendant such that default should be
15 entered against him under Federal Rule of Civil Procedure 55(a).  Plaintiff is hereby ordered to file
16 a brief on this matter, not to exceed ten (10) pages, by Friday, May 3, 2013, at 12:00p.m.
17      IT IS SO ORDERED.
18 Dated: May 1, 2013
19
20                                              _____
                                                JOSEPH C. SPERO
21                                              United States Magistrate Judge
22
23
24
25
26
27
28