UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALDO LOPEZ, individually and d/b/a TAQUERIA AGUILILLIA, <br><br> Defendant. | Case No: C 12-5784 SBA <br><br> **JUDGMENT** |

In accordance with the Court's order granting Plaintiff's motion for default judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff and against Defendant in the amount of $2,800.

IT IS SO ORDERED.

Dated: November 15, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge